# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Marius R. Deal,

Inmate ID Number: V26423,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

AMEND

Case No.: 3:21CV3547-MCR-HTC
*(To be filled in by the Clerk's Office)*

v.

Sgt. G-Pugh, Sgt. E-Manners,
C.O. C-Nicholas, C.O. R. Price,
C.O. Allie-Good, Warden,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Donald Leaving, LT. S. Butler

**Jury Trial Requested?**
☑ YES  ☐ NO

Legal Mail
Provided to Florida State Prison on
7/1/22 for mailing by ____

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: MARCUS R. DEAL   ID Number: V26423

List all other names by which you have been known: N/S

Current Institution: FLORIDA STATE PRISON

Address: P.O. BOX 800 RAIFORD FLA, 32083

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: G. Pugh

   Official Position: Sgt

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road Milton FLA, 32583

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: E. Manners

   Official Position: Sgt

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road Milton FLA, 32583

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: D. Leavins

   Official Position: Warden

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road Milton FLA, 32583

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

4. Defendant's Name: C. Nicholas

   Official Position: C.O.

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road Milton FLA, 32583

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

5. Defendant's Name: R. Price

   Official Position: C.O.

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 East Milton Road Milton FLA, 32583

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee          ☐ Civilly Committed Detainee

☐ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On 7/21/21 at approximately 10:00AM A "CELL-EXTRACTION TEAM" was use against me "Maliciously" 1 on this day a Mental health Employee Ms. D. Stead and a LT. S. Bulter came to my cell door in ask me was i goin to move out the cell i was end to Be house some where inside the wing in i stated "yes". About 5mins later A unlawful "Cell EXTRACTION TEAM" Where at my door which was Contorolled By Sgt. C. Pugh, Sgt. E. Manners C.O. C. Nicholas, C.O. R. Price, C.O. Allie-good, unlawful unauthorized from WARDEN. Donald Leavins, in Was Supervise By LT. S. Bulter. Sgt. Pugh order me to put my Boxes in the "Feedin Box" thats on all of the cell doors on the Bottom floor i did so Sgt. E. Manners told me we are goin to Beat your ass Monkey. LT. S. Bulter dew started to throw his hands up in down throw the AIR.

**Statement of Facts Continued** (Page 7 of ___)

Tellin the "Cell EXTRACTION TEAM" to go end unlawful order when i follow all Rules and order given to me. (2). The door was Roll Sgt. G. Pugh came throw my cell door with things on his mind in that was to see my Blood on the floor. he hit me with a close fists i was still pullin my Boxes up on my Body from out the flap when i seen that they was goin cruel punishment on me i push my self out my cell to stop more injury and pain (3). i was on the floor Ready to Be handcuffs when Sgt. E. Manners Started to Slamm my head into the ground Blood came out the side of my left eye C.O. Allie-good Started to hit me in pull me Back into the cell with C.O. C. Nicholas. Officer Nicholas Started to hit me with the leg-Irons i was on the floor holdin on to the side of the door for they could not pull me off of camera to keep on with the punishment on me. LT. S. Butler came to the side of my Right side of my head in kick me in my face Blood came out my nose in mouth

He got me to let go the side of door for they can keep on with the Beatin they had on they mind (4)

C.O. R. Price got them to pass him the other Restraint in he hit me in my Right eye Blood came from out my face in Fall the floor. C.O. Allie-good Started hitin me in the Back in the head Blood also started come from the Back of my neck in head Sgt. G-pugh took my left hand in said i got one. inden Broke my left pinky i call for help. (5)

They would not stop LT. S. Bulter told them to make it look good. he den Stated that They want to show the other how

They play at Santa Rosa he was talkin about the WARDEN Donald leaving Sgt. E. Manners told Sgt. G-pugh to Berted Back some more into you here a pop in thats what my left pinky did it Broke Sgt. E. Manners den Became happy.

he started to hit me sometime in my face into the point i could not see out my Right eye no more.

C.O. C. Nicholas Started to put his hands around my neck for i can pust out in thats what i did C.O. R. Price hit me in my face some more into i went to sleep in my other eye were close.

(6) Blood was all over the cell floor i was in so much pain i could not stand up when they said get up so they got mad in started to kick me all 5 people that was on the "cell EXTRACTION TEAM".

(7) LT. S. Bulter told them to put a "Spit shield" on ME for the camera do Not see the damages They have done to me.

(8) The Behavior of dec's employee's where way out of hand All then use "Maliciously use of force" Excessive unnecessary force was use By dec's employee's. Sgt. G. pugh, Sgt. E. manners, C.O.C. Nicholas, C.O.R. Price, C.O. A. Allie-good, Lt. S. Butler, Warden. Donald Leaving.

(9) Failures to intervene in an illegal Beating They also didn't follow the ingainyment of the Constitutional

(10) Of The Eighth Amendment to use the following Step of Confinement By Not using Chemical Agents.

(11) it State No employee shall Falsify Reports or Records.

(12) i didn't Break no lawful Commands that where giving to me at No time.

(13) dec's employee's use force that left me with injury.

(14) i went Throw all my Steps of the Grievance process.

(15) dec's employee's have a Relationship with the Behavior of Excessive unnecessary "Mis use of force" Maliciously harm to the Body of other people.

(16) This Behavior is not process submitting to Be a professional employee and a Care and needs for inmates.

(17) Cruel and unusual punishment have Been By dec's employee's.

(18) i would like to show my claims with my grievance that Been "Approved" Also i would like to use the hand camera and the wing camera for my claims of facts of evidence will show.

(19) i am Signature: Marcus R. Deah #V26423

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Sgt. G. Pugh, Sgt. E. Manners, C.O. O. Nicholas, C.O. R. Price, C.O. A. Allie-good, LT. S. Bulter, Warden Donald Leavins. They All Applies for Breaking the Eight Amendment Standing by and do not interveve in an illegal beatin A unAuthority unlawful "Cell Extraction Team" Mis use of force "and failures to follow chemical agents process.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

i Want $15,000 from each defendant for the life damages they has calls me To my Back, my Neck, my eye, my hand, my left pinky

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #: _____

   Court: _____

2. Date:_____ Case #: _____

   Court: _____

3. Date:_____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

   2. Case #:_____ Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

   ☐ YES  ☑ NO

   If you answered yes, identify all lawsuits:

   1. Case #:_____ Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

   2. Case #:_____ Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

   3. Case #:_____ Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 7/2/22   Plaintiff's Signature: Marcus R. Deal

Printed Name of Plaintiff: MARCUS R. vDEAL

Correctional Institution: FLORIDA STAET PRISON

Address: P.O. BOX 800 RAIFORD FLA, 32083

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the __1__ day of __July__, 20__22__.

Signature of Incarcerated Plaintiff: _Marcus R. Deal_

Mailed From A S
Correctional Instit

MARCUS DEAL V26423
F.S.P. - Box 800
Raiford FLA 32083

U.S. DISTRICT Court
1 NORTH PALAFOX STREET
PENSACOLA FLA 32502

LEGAL MAIL

Legal Mail
Provided to Florida State Prison on
7/ /22 for mailing by ___