UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS R. DEAL,

    Plaintiff,

v.                                    Case No. 3:21cv3547-MCR-HTC

G. PUGH, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 5, 2022. ECF No. 19. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this Order.

Case No. 3:21cv3547-MCR-HTC

2.	Plaintiff's "Motion for a Temporary Restraining Order and Preliminary Injunction" (ECF Doc. 16) is **DENIED**.

**DONE AND ORDERED** this 23rd day of August 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**