UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS R. DEAL,

    Plaintiff,

v.                                              Case No. 3:21cv3547-MCR-HTC

G. PUGH, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 8, 2022 (ECF No. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendants' motion to dismiss (ECF No. 22), based on Plaintiff's failure to exhaust his administrative remedies, is GRANTED as to any claim arising

out of the October 2021 incident.

3. Plaintiff's claims against all Defendants with respect to the October 2021 incident are DISMISSED WITHOUT PREJUDICE.

4. The clerk is directed to refer the case to the assigned Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv3547-MCR-HTC